| | |
|---|---|
| 1 | THOMAS A. WOODS (SB #210050) |
| | thomas.woods@stoel.com |
| 2 | BAO M. VU (SB #277970) |
| | bao.vu@stoel.com |
| 3 | STOEL RIVES LLP |
| | 500 Capitol Mall, Suite 1600 |
| 4 | Sacramento, CA  95814 |
| | Telephone:  (916) 447-0700 |
| 5 | Facsimile:  (916) 447-4781 |
| 6 | Attorneys for Defendant |
| 7 | Schnitzer Steel Industries, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD MISLE,

                Plaintiff,

   v.

SCHNITZER STEEL INDUSTRIES, INC., an Oregon Corporation, and DOES 1 through 25, inclusive,

                Defendants.

Case No.  4:15-cv-06031-JSW

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MARCH 25, 2016 CASE MANAGEMENT CONFERENCE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CMC

CASE NO. 4:15-CV-06031-JSW

83845120.1 0068163-00128

1 ~~PROPOSED~~ ORDER

2 The Court, having reviewed the Parties' Stipulation and finding good cause, hereby
3 GRANTS the stipulation to continue the currently scheduled March 25, 2016, Case Management
4 Conference.

5 ACCORDINGLY, IT IS HEREBY ORDERED that:

6 The currently scheduled March 25, 2016, Case Management Conference is continued to
7 April 15, 2016. The parties' case management conference statement shall be due on April 8, 2016.

8 IT IS SO ORDERED.

10 Dated: March 14, 2016 _____
UNITED STATES DISTRICT COURT JUDGE
JEFFREY S. WHITE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO CONTINUE CMC -1- CASE NO. 4:15-CV-06031-KAW

83845120.1 0068163-00128